UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

4/14/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

Stephen Wilson

v.

Odwalla, Inc. et al

PLAINTIFF(S)

DEFENDANT(S).

CASE NUMBER

2:17-cv-02763 DSF(FFMx)

ORDER RE TRANSFER PURSUANT
TO GENERAL ORDER 16-05
(RELATED CASES)

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

_____          _____
Date                            United States District Judge

**TRANSFER ORDER DECLINED**

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Case No. 17-1712 is a putative food mislabeling class action concerning use of the phrase "no sugar added" on containers of Zico coconut water. Case No. 17-2763 is another putative food mislabeling class action concerning use of the phrase "no sugar added" on containers of Odwalla fruit juices. As the cases concern different plaintiff classes, different defendant companies, and different products, efficiencies would not be achieved by the transfer of this action.

04/14/2017                      /s/ Fernando M. Olguin
Date                            United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:17-cv-01712 FMO(KSx)   and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (10/16)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05  (Related Cases)