JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WILSON, et al., <br> Plaintiffs, <br><br> v. <br><br> ODWALLA, INC., et al., <br> Defendants. | Case No. 17-2763 DSF (FFMx) <br><br> JUDGMENT |

The Court having granted Defendants' motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 1, 2018

_____
Dale S. Fischer
United States District Judge